Exhibit A to the Complaint

**Location:** Fort Lauderdale, FL  
**Total Works Infringed:** 33

**IP Address:** 73.125.233.240  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F4E88DD4D5E68CA69DE9386D432907B68F0921C3<br>File Hash: 350BF3F6FB1A8CC74C1E18A622DA7F117C0DB94CD9293EE1C20CBB29FF7E50C6 | 02-09-2022 20:38:58 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 2 | Info Hash: 100B6F9C5A2944DB7DF3364E036D66FFC17BE1A1<br>File Hash: FF6772AB803402F0031BC3D14912E9E4806C794228358FCF16C55D52261F36FF | 10-06-2021 15:18:03 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 3 | Info Hash: AD681C25A54E0DBB2690E407166F3F7EF1763D09<br>File Hash: 9341BAD0A934876AA5E217EB6DBA6164D87BE97AB1722B41C5B4994792C8DBED | 09-01-2021 15:33:39 | Tushy | 12-02-2017 | 01-04-2018 | PA0002097497 |
| 4 | Info Hash: F3F087DCDFA5D20721A65D7EAAA2D8955421ED92<br>File Hash: 412FE00B200D611464BCDA82C3B416C399517FD0EC475109A6EA71031293FA71 | 09-01-2021 15:31:05 | Tushy | 09-28-2017 | 10-10-2017 | PA0002086160 |
| 5 | Info Hash: 9A8D0DF2EDFD199D52065950FFB980EAE528B554<br>File Hash: 39E7A5BB99890B1DC8CE6430C1D42239CE19EFD153FF680F973B578FF36E6E21 | 08-30-2021 16:10:22 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 6 | Info Hash: EA9FF13E03AB98F784270C43F9812FF205C74AD8<br>File Hash: 4B815AE2C3BBEFEA6AB1B15442E7FE5D03648BDEEA1A2993D20BF914535C52BE | 08-23-2021 13:34:23 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 7 | Info Hash: 4B9A8463F0FBAAEB3D89398BD2E72F6762E3A2E6<br>File Hash: 2A432F4B2985F283FDB6A3F28DCB67E189DF5FD6A6A609EFA7A572FA356D191C | 08-16-2021 18:44:37 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 8 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash: 23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 07-22-2021 18:43:30 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: E96D13E31AC3B7D665F1DF9F79FD1AD873F551C6<br>File Hash: 5320B61FFB147AC701E6771C9C61262B00D6B49769877513C53F9F56AB62C928 | 05-13-2021 13:02:43 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 10 | Info Hash: 977EF2D88F629A1A1C561A9DC040CD654B348E66<br>File Hash: F3544C96F7762233FF0181A3A5E91B517F1A8538D7BA401E805DB6C974C158D9 | 05-03-2021 19:36:04 | Vixen | 04-09-2021 | 06-03-2021 | PA0002299683 |
| 11 | Info Hash: 07C2651DB7F9E45B2969DD074192258A70307A24<br>File Hash: 76E5085D327451D657698BCD82B2F5DC2A26479DF8F58DEB0236CF6E5DF1784B | 05-03-2021 19:35:18 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 12 | Info Hash: 1ED1C2137C139D3D34D0DE1CC2182068B3CB6871<br>File Hash: 50CE274590E57B96E2FD0BA2D8018536C940E9CAF0A50124461B10C0EE88D1A0 | 04-30-2021 15:50:50 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 13 | Info Hash: 4E09CCA0246A2BF6989481994B04C0BC7C6B8180<br>File Hash: B3E7D4C69B1947521E58A91246227A44788A1F197CE0E0769394DEEE8A56BB4D | 04-27-2021 16:41:23 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 14 | Info Hash: 937A7E82157326EF5E7CD36C86A0A0EDACC0FF5F<br>File Hash: F25B5FBD8E3FF914599D16AB4902E1E3C75E1BABBCCCFAFA1F2ACB124563B9DE | 04-19-2021 14:17:37 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 15 | Info Hash: 633C61C8C943824C1FF5E8E3107FBA4396A8E399<br>File Hash: 5A31EAC85A367E7A384C7E6E14BE4BD021E487171F4A91616E348962A2353AE1 | 04-15-2021 19:29:14 | Blacked Raw | 07-13-2020 | 07-20-2020 | PA0002248963 |
| 16 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 04-14-2021 13:24:27 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 17 | Info Hash: 43319DCCB518B0A38AF2B73091DD74DE2D11F68C<br>File Hash: 96FC13D83810C44230AFE045BFAD3603B19F1A98E46ADFE605A0E3798A867F2D | 04-13-2021 17:04:22 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 36236DF80E3789C32873A3E74D3DCB69631784C2<br>File Hash: 708063990182E56298A47B688B4698CA2EE25DB127EAC494D09B1B5008E0E7AC | 04-13-2021 17:01:52 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 19 | Info Hash: AB680670C2B3056DD3F1F0F46DCBC9F41F6495E4<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-01-2021 14:33:20 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 20 | Info Hash: 1CA76CE884776BF316B69481D060C6EBEA662691<br>File Hash: 6D98FB201919434576BCC372C76F2790F421C2FFF4EA7F8747DF0E0F6CC18BB9 | 02-25-2021 14:44:25 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |
| 21 | Info Hash: 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 02-22-2021 15:33:27 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 22 | Info Hash: CCE9FA128205198C6A014556AFF4DC9D7866B695<br>File Hash: DC039FBA2E3A8C417DEB586E91B486E5E45000ADFAA1FD03BBEDA0A87D45A37C | 02-22-2021 15:30:24 | Tushy | 04-16-2018 | 06-18-2018 | PA0002126681 |
| 23 | Info Hash: D7CE9CCF9692128CD31E183FD1ACFE34FB628227<br>File Hash: 2E8DD3EB766C2F003D4F763642BEB362AFC243A28C519556637784D07E621F6C | 02-18-2021 13:51:03 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |
| 24 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 02-17-2021 21:04:00 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 25 | Info Hash: 8ACEAF6E063E20FA8AD60011A276B2DBD6C48825<br>File Hash: 2E1AFE54A00CA51231905F46DB377AB5DC9912A59804A27F71D87D48877B6901 | 02-16-2021 15:52:21 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 26 | Info Hash: FEBD1E4F3502010960D02B0B8A12F3BAE11B4925<br>File Hash: 2483AF0C38D6E2688F39D2812AE569B8E34C1A34BF2758AEC947472E50263914 | 02-10-2021 21:06:33 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash: 1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 01-26-2021 18:53:51 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 28 | Info Hash: 7A55D40C0AC6D4D98039ED938F88F0ECE565C3C2<br>File Hash: 13695C39A914DBC94B480E90A90A2B1226545E984E809BB8E11D7D0E88677BF0 | 01-04-2021 17:23:39 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 29 | Info Hash: 75435DE79D0D6CA504ACA25DE6A5B206473F1C9B<br>File Hash: 520A918186BBA676A432F81A738D99DB763F86BE62B6E75F569B500176D9649B | 01-04-2021 17:19:31 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |
| 30 | Info Hash: 0C1F5D1FDC3E888D77C07CD63B4CBE6502ED6D2D<br>File Hash: B102666EC3AF3550EAE94E349BFFC128271257A275E8BC5C4BA7CC64DEA5C64A | 12-03-2020 18:50:58 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 31 | Info Hash: D60A816D4C169B4B25EE36DAA2B2C7E67E345BC0<br>File Hash: 68A67F46FB1E1CFE391214DAE5D0304A2436100531151112AB5856FC17240CDF | 10-13-2020 20:55:48 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 32 | Info Hash: EFD6B73E8E4B83DFA7F381EA159492479034EAFE<br>File Hash: 8F78FAD6A867A0E709815F746BBBA3CD3EC4096728CB7C108224B60D65568945 | 10-13-2020 20:54:22 | Blacked | 12-21-2019 | 01-03-2020 | PA0002219632 |
| 33 | Info Hash: AE9F28F7924FF880009DCD71C0D2B57A41EE2747<br>File Hash: EB64B11CA506307E9440646CE04E5E8766A84B261C36121BD6A48DF1D0B187AA | 10-13-2020 20:52:38 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |